WALTER READE, Respondent, v. RICHARD M. HUBER et al., as Trustees under the Will of FRANK V. STORRS, Deceased, Appellants.— Order so far as appealed from affirmed, with $20 costs and disbursements. No opinion. Pres-ent — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Unter-

myer, J., dissents and votes to modify by striking the word "knowledge" from items 2, 3, 4 and 5 of the demand for a bill of particulars. Bill of particulars to be served within ten days after service of order.